# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARSHALL BURGESS, JR.,
     Appellant,
   vs.
THE STATE OF NEVADA,
     Respondent.

No. 74841

**FILED**

MAR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
 DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

  This is a pro se appeal from a district court order denying a motion to correct an illegal sentence and denying a motion for county jail time. Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

  Our review of this appeal reveals a jurisdictional defect. The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

  ORDER this appeal DISMISSED.

          Cherry ,J.
         Cherry

Parraguirre ,J.    Stiglich ,J.

18-08842

cc: Hon. Kathleen M. Drakulich, District Judge
Marshall Burgess, Jr.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk